IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>JIMMY J. LARS JR.<br>[DOB: 06/25/1979],<br><br>                  Defendant. | Case No. _____<br><br>**COUNTS ONE THROUGH FOUR**:<br>*Possession/Distribution of Marihuana*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(D)<br>NMT: 5 Years Imprisonment<br>NMT: $250,000 Fine<br>NLT: 2 Years Supervised Release<br>Class D Felony<br><br>**COUNT FIVE:**<br>*Possession of a Firearm in Furtherance of Drug Trafficking*<br>18 U.S.C. § 924(c)(1)(A)<br>NLT: 5 Years Imprisonment (consecutive)<br>NMT: Life Imprisonment (consecutive)<br>NMT: $250,000 Fine<br>NMT: 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT SIX:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony<br><br>$100 Mandatory Special Assessment per count of felony conviction |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about May 06, 2019, within the Western District of Missouri, the defendant Jimmy J. Lars Jr., did knowingly and intentionally distribute a mixture or substance containing a

detectable amount of Marihuana, a Schedule I controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO

On or about May 07, 2019, within the Western District of Missouri, the defendant Jimmy J. Lars Jr., did knowingly and intentionally distribute a mixture or substance containing a detectable amount of Marihuana, a Schedule I controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT THREE

On or about May 13, 2019, within the Western District of Missouri, the defendant Jimmy J. Lars Jr., did knowingly and intentionally distribute a mixture or substance containing a detectable amount of Marihuana, a Schedule I controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT FOUR

On or about May 15, 2019, within the Western District of Missouri, the defendant Jimmy J. Lars Jr., did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of Marihuana, a Schedule I controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT FIVE

On or about May 15, 2019, in the Western District of Missouri, defendant, Jimmy J. Lars Jr., did knowingly possess a firearm, to wit: a HI-POINT FIREARMS Model JHP .45 ACP handgun, bearing Serial Number X4317105, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, knowingly and intentionally

possessing with intent to distribute Marihuana, a Schedule I controlled substance, as charged in Count Four. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

On or about May 15, 2019, in the Western District of Missouri, the defendant, Jimmy J. Lars Jr., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a HI-POINT FIREARMS Model JHP .45 ACP handgun, bearing Serial Number X4317105, and the firearm was in and affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/ Harry Dixon*
FOREPERSON OF THE GRAND JURY

Dated: 11/12/19
Kansas City, Missouri

*/s/ Caleb J. Aponte*
Caleb J. Aponte
Special Assistant United States Attorney
Western District of Missouri

3

Case 4:19-cr-00367-RK   Document 1   Filed 11/12/19   Page 3 of 3