# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERM DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-00367-01-CR-W-RK |
| | ) | |
| JIMMY J. LARS, JR., | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is the Report and Recommendation (doc. 22) prepared by Magistrate Judge John T. Maughmer on June 10, 2020. Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. The court has further conducted an independent review of Defendant's competency and hereby adopts Judge Maughmer's recommendation and concludes that Defendant is mentally incompetent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. Defendant is remanded to the custody of the Attorney General for hospitalization and treatment in a suitable facility for a reasonable time up to 120 days to determine whether there is a substantial probability that in the foreseeable future, the defendant will attain the capacity to permit the trial to proceed. The Report and Recommendation (doc. 22) shall be attached to and made a part of this Order.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 14, 2020