**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                       Plaintiff,

     v.                              Case No. 19-00367-01-CR-W-DGK

JIMMY J. LARS, JR.,

                       Defendant.

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney,

Patrick C. Edwards, Assistant United States Attorney, and enters his appearance as attorney of

record for the United States of America in the above-reference case.

Effective this date, the following attorney is no longer associated with this case and

should not receive any further Notices of Electronic Filings relating to activity in this case:

**Jessica L. Ward.**

                             Respectfully submitted,

                             Teresa A. Moore
                             Acting United States Attorney

          By     */s/Patrick C. Edwards*

                             Patrick C. Edwards
                             Assistant United States Attorney

                             Charles Evans Whittaker Courthouse
                             400 East 9th Street, Suite 5510
                             Kansas City, Missouri    64106
                             Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 11, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Patrick C. Edwards
Patrick C. Edwards
Assistant United States Attorney