IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JIMMY LARS, JR.,<br><br>    Defendant. | Case No.19-00367-01-CR-W-RK |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Byron Black, Assistant United States Attorney, and enters his appearance as attorney of record for the United States of America in the above-referenced case.

Effective this date, the following Special Assistant United States Attorney Jessica Ward is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

            Respectfully submitted,

            Teresa A. Moore
            Acting United States Attorney

    By  */s/ Byron H. Black*
       Byron H. Black
       Assistant United States Attorney

       Charles Evans Whittaker Courthouse
       400 East Ninth Street, Suite 5510
       Kansas City, Missouri 64106
       Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on June 28, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                              */s/ Byron H. Black*
                                              Byron H. Black
                                              Assistant United States Attorney