IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-00367-CR-RK |
| ) | |
| JIMMY J. LARS, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 25, 2021, Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. 45) finding that Defendant's competence to stand trial has been restored. Doc. 45. Any objection to the Report and Recommendation was due by September 8, 2021. To date no objection has been filed. After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Gaddy in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Gaddy (Doc. 45) is **ADOPTED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 8, 2021